**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In the Interest of L.W. and L.W., Children

Appellate case number:    01-18-01025-CV

Trial court case number:    2017-03500J

Trial court:                        313th District Court of Harris County

Appellant, L.M.G.-W., has filed an unopposed motion for a second extension of time to file her brief. The motion is **granted**. **Appellant's brief is due to be filed with this Court no later than Friday, January 25, 2019.** *See* TEX. R. APP. P. 28.4(a), 38.6(d).

This appeal involves the termination of the parent-child relationship. Accordingly, this Court is required to bring the appeal to final disposition within 180 days of November 12, 2018, the date the notice of appeal was filed, so far as reasonably possible. *See* TEX. R. JUD. ADMIN. 6.2, *reprinted in* TEX. GOV'T. CODE ANN., tit. 2, subtit. F app. **Accordingly, no further extensions will be granted.**

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
                              ☑ Acting individually    ☐ Acting for the Court

Date:   ___January 17, 2019_____